**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**November 21, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

---

UNITED STATES OF AMERICA,

  Plaintiff - Appellee,

v.

SERGIO RESENDIZ-OLGUIN,
a/k/a Gerardo Rangel Torres,

  Defendant - Appellant.

No. 23-6072
(D.C. No. 5:22-CR-00294-G-1)
(W.D. Okla.)

---

### ORDER AND JUDGMENT[*]

---

Before **HARTZ**, **MATHESON**, and **CARSON**, Circuit Judges.

---

Sergio Resendiz-Olguin has filed an appeal in this criminal case. The government moves to enforce the appeal waiver in his plea agreement. *See United States v. Hahn*, 359 F.3d 1315, 1328 (10th Cir. 2004) (en banc) (per curiam). Mr. Resendiz-Olguin has responded, through counsel, informing us that he does not object to the government's motion. Based on the parties' positions and our independent review of the record, we grant the government's motion and dismiss this appeal.

  Entered for the Court
  Per Curiam

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.